NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Faith S. Hochberg |
|  | Crim. No. 06-406 (FSH) |
| v. |  |
| RICHARD LANE, | **TRIAL MANAGEMENT ORDER** |
| Defendant. | Date: January 24, 2008 |

**HOCHBERG, District Judge:**

**IT IS**, on this 24th day of January, 2008, hereby

**ORDERED** that on or before **March 28, 2008**, the government shall furnish to the Court and to Defendant Lane an expert report for each expert witness that it intends to introduce at trial; and it is

**ORDERED** that on or before **April 11, 2008**, Defendant Lane shall: (1) furnish to the Court and to the government an expert report for each expert witness that he intends to introduce at trial,

**ORDERED** that on or before **April 25, 2008** both sides shall file briefs raising any *Daubert* challenges to the proposed experts; and it is

**ORDERED** that on or before **May 9, 2008** both sides shall file briefs responding to the April 25, 2008 *Daubert* briefs; and it is

**ORDERED** that the Court will schedule *Daubert* hearings after reviewing the briefs.  All

proposed experts shall appear <u>in person</u> at the hearing; and it is

**ORDERED** that on or before **May 23, 2008**, the parties shall submit trial briefs; and it is

**ORDERED** that for any submissions designated as "joint," the parties are instructed to meet and confer in person prior to filing the following joint submissions for the purpose of resolving any disputes.  For those intractable disputes that cannot be resolved, the parties may include a <u>brief</u> addendum, in dual column format, to any joint submission identifying the issue and the parties' respective positions (with citations to relevant caselaw).  Any issues required to be identified in these submissions will be deemed waived if not presented.  The parties are reminded that all papers must be submitted to the Court in both hard copy and to the Court's deputy clerk, Larry MacStravic, at larry_macstravic@njd.uscourts.gov;

**ORDERED** that counsel shall **<u>JOINTLY</u>** submit two copies of the following, with a table of contents, to the Court no later than **May 23, 2008**:

(1) a neutral statement of the case to be read to the jury pool; and

(2) no more than twenty case-specific voir dire questions that may be asked aloud to the jury pool, and may be answered with a "YES" or "NO" response by the jurors, where a "YES" response would prompt further questions at sidebar;[1] and

(3) either an agreement that the indictment may be read to the selected jurors, or an agreed-upon summary of the indictment that may be read to the selected jurors; and it is

**ORDERED** that no later than **May 30, 2008**, counsel shall **<u>JOINTLY</u>** submit proposed jury instructions and verdict sheet to the Court with contested charges tabbed and side by side on

---

[1] The Court will ask (and therefore the parties need not include) general questions of the jury pool about occupation, education, prior jury service, and whether any potential juror will suffer hardship given the date and likely duration of the trial.

a dual column chart; and it is

      **ORDERED** that trial shall commence on **June 2, 2008**.

                                                **/s/ Faith S. Hochberg**
                                                Hon. Faith S. Hochberg, U.S.D.J.