UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA        :

v.                              :        Criminal No. 06-406 (FSH)

FREDERICK S. SCHIFF and         :
RICHARD J. LANE                 :

## ORDER FOR MODIFICATION OF RELEASE CONDITIONS

WHEREAS defendant Richard J. Lane was arrested upon an indictment, 05-474 (FSH), filed in or about June 2005, and Mr. Lane was granted pretrial release on various conditions including that his travel be restricted to the Districts of New Jersey, New York, and Pennsylvania;

WHEREAS indictment 05-474 (FSH) was dismissed by the United States Attorney's Office for the District of New Jersey ("U.S Attorney's Office"), indictment 06-406 (FSH) was subsequently filed in or about June 2006, and Mr. Lane's release conditions from the prior indictment were continued without modification;

WHEREAS Mr. Lane requests that his travel restrictions be modified to permit him to travel within the continental United States;

WHEREAS the Pretrial Services Office in the District of New Jersey, where this case is pending and where Mr. Lane resides and is being monitored, does not oppose this request;

WHEREAS the U.S. Attorney's Office does not oppose this request;

IT IS HEREBY ORDERED that Mr. Lane's request for modification of his release conditions to permit him to travel within the continental United States is granted.

Dated: April 10, 2008

Faith S. Hochberg
United States District Judge